UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 2013-113 (WOB-CJS)

DAVID L. FUGATE                       PLAINTIFF

VS.                    <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY           DEFENDANT

       This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #21), and having considered de novo those objections and amended objections filed thereto by plaintiff (Doc. #23 & #24), the Court being advised,

       **IT IS ORDERED** that the objections and amended objections (Doc. #23 & #24) to the Report and Recommendation of the Magistrate Judge be, and they hereby are, **overruled**; the Report and Recommendation (Doc. #21) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #15) is **denied**; and that defendant's motion for summary judgment (Doc. #20) is **granted**. A separate Judgment shall enter concurrently herewith.

       This 17th day of March, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge